IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:23-CR-225 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC SLOBAN, | ) | NOTICE OF APPEARANCE |
| | ) | (CO-COUNSEL) |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, Rebecca C. Lutzko, United States Attorney, and Marc D. Bullard, Assistant U. S. Attorney, and respectfully advises the Court that the undersigned will appear as co-counsel of record, and requests that all notices and entries sent by this Court to Marc D. Bullard, Assistant U.S. Attorney, also be sent to Colleen Egan, Assistant U. S. Attorney.

                Respectfully submitted,

                REBECCA C. LUTZKO
                United States Attorney

By:  /s/ Colleen Egan
       Colleen Egan (OH: 0083961)
       Assistant United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113
       (216) 622-3758
       (216) 522-7499 (facsimile)
       Colleen.Egan@usdoj.gov